**Vincent MARINO, Appellant**

v.

**John MOOK, City of Pittsburgh Detective, Defendant # ID 3510 and James Joyce, City of Pittsburgh Detective, Defendant ID # G 3425.**

No. 09–1612.

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Third Circuit LAR 34.1(a) Nov. 13, 2009.

Nov. 18, 2009.

---

Vincent Marino, Pittsburgh, PA, for Appellant.

Bryan Campbell, Esq., Pittsburgh, PA, for Defendant.

Before: SLOVITER, CHAGARES and WEIS, Circuit Judges.

*JUDGMENT ORDER*

WEIS, Circuit Judge.

After consideration of all contentions raised by appellant, it is

ADJUDGED AND ORDERED that the judgment of the District Court entered February 27, 2009, 2009 WL 499460, be and is hereby affirmed. Costs will not be taxed.